■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALMARS ELKSNIS, Appellant.— Order entered on April 7, 1961 unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL EDELSON, Appellant.— Order entered on January 10, 1962 unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAURY GLUCKSTERN, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ WINTHROP TILLEY, as Administrator of the Estate of PETER M. TILLEY, Deceased, Appellant, v. SILVER BAY ASSOCIATION FOR CHRISTIAN CONFERENCES AND TRAINING et al., Respondents.— Judgment unanimously affirmed, with costs to the respondents. No opinion. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ (A) In the Matter of GEORGIA PROPERTIES, INC. v. ROBERT E. HERMAN, as State Rent Administrator. Concur — Breitel, J. P., Rabin, Eager, Steuer and Bergan, JJ. (B) SYLVESTER W. A. MURPHY v. MARGARET McK. KAPLAN et al. Concur — Breitel, J. P., Valente, McNally, Eager and Steuer, JJ. (C) BORGER TRADING ASSOCIATES, INC. v. JACOB SHAPIRO. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.— [In each action] Motion for leave to appeal to the Court of Appeals denied, with $10 costs.

■ In the Matter of RICHARD UHLFELDER, Deceased.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MARTIN SOSTRE.— Motion for reargument denied. Concur — Botein, P. J., Rabin, McNally, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ALFONSE INDELICATO, Alias SONNY RED.— Motion for reargument denied. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ In the Matter of INDUSTRIAL PSYCHOLOGY, INC. v. CAROLINE K. SIMON, as Secretary of State of the State of New York.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., Breitel, Stevens, Eager and Steuer, JJ.

■ FERNAN MARIANI v. CITY OF NEW YORK.— Motion to compel acceptance of notice of appeal granted, without costs. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH WELCH. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM SANDERS. (C) THE PEOPLE OF THE STATE OF NEW YORK v. PETER JAMES BARRY. (D) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN JONES. (E) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE HILL. (F) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE HERBERT. Concur — Breitel, J. P., Rabin, Valente, McNally and Eager, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT JOHNSON and STAMFORD WEBB.— Enlargement of time granted. Concur — Breitel, J. P., Rabin, McNally, Eager and Steuer, JJ.

■ JOSEPH C. FLORES v. MOSLER SAFE COMPANY.— Motion for consolidation denied. Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Stevens, Eager, Steuer and Bergan, JJ.